UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

K-Beech, Inc.

      Plaintiff,

  -against-            11 Civ. 5786

John Does 1-19,          ORDER

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, District Judge:

  A conference is scheduled in this matter for November 29, 2011 at 9:30 a.m.


Dated: October 26, 2011
   New York, New York

                   SO ORDERED:

                   */s/ George B. Daniels*
                   GEORGE B. DANIELS
                   United States District Judge