UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
K-BEECH, INC., :
: Civil Action No. 11-cv-05786
Plaintiff, :
:
vs. :
:
JOHN DOES 1-19, :
:
Defendants. :
:
------------------------------------------------------------X

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF DOE 15 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 15 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntary dismisses Doe Defendant 15 from this action with prejudice. John Doe 15 was assigned the IP Address 108.14.218.84. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Defendant Doe 15 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

          Respectfully submitted,

          LAW OFFICE OF FREDERIC R. ABRAMSON

By:    */s/ Frederic R. Abramson*
          Frederic R. Abramson (FA3918)
          Attorneys for Plaintiff
          160 Broadway, Suite 500
          New York, NY 10038
          (P) 212-233-0666
          (F) 212-267-7571
          Email: fabramson@abramsonlegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Frederic R. Abramson*